EDWARD J. KANE, Appellant, v. HAROLD SUTHERLAND, DANIEL SUTHERLAND and JOHN SUTHERLAND, Respondents.— Judgment of the County Court of Richmond county unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

LOUIS KLEIN and MARGARET W. BAXMAN, Copartners, etc., Respondents, v. OSCAR HALBREICH, Appellant.— Order of the County Court of Nassau county, denying defendant's motion to open his default and to vacate judgment reversed upon the law, with ten dollars costs and disbursements, motion granted, without costs, and motion for summary judgment denied, without costs. We are of opinion that the proof submitted by defendant showed that there was an issue requiring a trial, it appearing from defendant's affidavit that he denies that he purchased the goods in question from plaintiffs. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

LEIB LURIE and SOLOMON LEIBOWITZ, Plaintiffs, v. EAST 18TH STREET REALTY CORPORATION and Others, Defendants. ISAAC GOLDBERG, Appellant; HAY WALKER BRICK CO., INC., and TRIANGLE FIREPROOF DOOR AND SASH CO., INC., Appellants, Respondents. JACOB GREENBAUM & SONS and Others, Respondents. — Order confirming report of referee in surplus money proceedings unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CHARLES H. MAY, Appellant, v. THE OBELISK WATERPROOFING COMPANY, Respondent.— Judgment and order reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event, upon the ground that the verdict was against the weight of the evidence. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.